UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WHITNEY NATIONAL BANK,**

    **Plaintiff,**

v.                   Case No. 8:09-cv-2315-T-30TGW

**R&S DEVELOPMENT OF SW FL, LLC, et al.,**

    **Defendants.**
_____/

## ORDER

On June 14, 2010, the Court granted Plaintiff's Motion for Summary Final Judgment (See Dkt. 19). As the Court noted in the order granting the motion, under the terms of the Note and the Guaranties at issue in the case, Plaintiff is entitled to attorneys' fees from Defendants. The Court directed Plaintiff's counsel to submit affidavit and time records so that the Court could determine the reasonableness of the fees and costs to be paid. The Court has reviewed the submitted documentation and concludes that the requested attorneys' fees and costs are reasonable.

It is therefore ORDERED AND ADJUDGED that the Clerk is directed to enter a JUDGMENT FOR ATTORNEY'S FEES in favor of Plaintiff, Whitney National Bank, and against Defendants, R&S Development of SW FL, LLC, Sandalwood Business Park, LLC, Brit E. Svoboda, and Mark K. Rasmus, in the amount of **$17,718.02**.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2315.atty fees.frm